| | |
|---|---|
| **United States Bankruptcy Court**<br>**District of**_____ | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>GARDNER CAROLYN E | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>JACKSON VENUS |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>Boykin | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>6629 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>8834 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>5328 East Drive<br>Loves Park Illinois 61111 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>5328 East Drive<br>Loves Park Ill 61111 |
| County of Residence or of the Winnebago<br>Principal Place of Business: | County of Residence or of the Winnebago<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>5328 East Drive<br>Loves Park ILL 61111 | Mailing Address of Joint Debtor (if different from street address):<br>5328 East Drive<br>Love Parks Ill. 61111 |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   NONE | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which** |
|---|---|---|
| [x] Individual(s)<br>[ ] Corporation<br>[ ] Partnership<br>[ ] Other _____ | [ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker | **the Petition is Filed** (Check one box)<br>[ ] Chapter 7   [ ] Chapter 11   [x] Chapter 13<br>[ ] Chapter 9   [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>[x] Consumer/Non-Business   [ ] Business | | **Filing Fee** (Check one box)<br>[ ] Full Filing Fee attached<br>[x] Filing Fee to be paid in installments (Applicable to individuals only) |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101<br>[ ] Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | | Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (12/11)

Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s) GARDNER CAROLYN F |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐      Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐      Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐      Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐      Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | GARDNER CAROLYN E. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Carolyn E. Gardner_
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney) _779 770-0787_

Date _6/22/2012_

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

(Signature of Foreign Representative)

_____

(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re GARDNER CAROLYN E.                    Case No._____
    Debtor                                           (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☒ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

*I HAVE NO PRINTER*

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]*  *[Must be accompanied by a motion for determination by the court.]*

❏ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❏ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *Cathy E. Gardner*

Date: _6/22/2012_

# UNITED STATES BANKRUPTCY COURT

_____ District of _____

In re _GARDNER  CAROLYN  E._ ,
       **Debtor**

Case No. _____
                     **(If known)**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | $ 0 | | |
| B - Personal Property | NONE CH | 3 | $ 0 | | |
| C - Property Claimed as Exempt | NONE | 1 | | | |
| D - Creditors Holding Secured Claims | 2 Yes | 2 | | $ 0 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 5 | | $ 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 0 | |
| G - Executory Contracts and Unexpired Leases | NO | 0 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | 2500 to 3000 | 1 | | | $ 2500 to 3000. *child care provider* |
| J - Current Expenditures of Individual Debtor(s) | 2100 | 1 | | | $ 2100 |
| Total Number of Sheets of ALL Schedules ➤ | | 20 | | | |
| Total Assets ➤ | | | $ 0 | | |
| Total Liabilities ➤ | | | | $ 0 | $ 4600 |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re _GARDNER Carolyn E_ ,
      Debtor

Case No. _____

Chapter   _13_

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0 |
| Student Loan Obligations (from Schedule F) | $ 6,000 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0 |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ ~~30,000~~ CH 2500 3000. CH 3 300 CH |
| Average Expenses (from Schedule J, Line 18) | $ ~~26,600~~ 2100. CH 2524 2524 CH |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR** Form 22C Line 20 ) | $ ~~36,250~~ 3000 CH CH 3000 3000 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $23,828 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $56 38 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $20,000 |
| 4.  Total from Schedule F | | $20,000 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $63,828 |

In re GARDNER Carolyn E.,
_____ Debtor

Case No. _____
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 5328 East Drive Loves Park Ill 61111 Property Code PIN 192A174/1112 201 018 Lot 203 Plat of Eastwood And Stokburger's Second Subdivision of Loves Park the plat of which Subdivision is Recorded in Book 12 of plats pg1 Winnebago County Illinois | Owner of property by deed, Taxes Filed at Winnebago County | | 193,843 Market Value | 224,477 Mortgage Note |

Total ➤ 193,843

(Report also on Summary of Schedules.)

In re GARDNER CAROLYN E

**Debtor**

+ Venus Jackson

Case No. _____

(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | ◯ | | | ◯ |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | ◯ | NONE | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | ◯ | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | ◯ | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | ◯ | | | |
| 6. Wearing apparel. | ◯ | | | |
| 7. Furs and jewelry. | ◯ | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | ◯ | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ◯ | | | |
| 10. Annuities. Itemize and name each issuer. | ◯ | | | |

171

In re GARDNER CAROLYN E ,
_____
Debtor

Venus Jackson

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | ○ | HAVE NONE | | ○ |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | ○ | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | ○ | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | ○ | | | |
| 15. Accounts receivable. | ○ | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | ○ | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | ○ | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | ○ | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | ○ | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ○ | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | ○ | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | ○ | | | |

172

In re _Gardner Carolyn E_ ,                    Case No. _____
      **Debtor**                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1 1999 Chevy Van ρ But will pay outside of Chapter 13  150. A month | | owe 4,000 1,000 |
| 24. Boats, motors, and accessories. | O | NONE | | |
| 25. Aircraft and accessories. | O | NONE | | |
| 26. Office equipment, furnishings, and supplies. | O | NONE | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | O | NONE | | |
| 28. Inventory. | O | NONE | | |
| 29. Animals. | O | NONE | | |
| 30. Crops - growing or harvested. Give particulars. | O | NONE | | |
| 31. Farming equipment and implements. | O | NONE | | |
| 32. Farm supplies, chemicals, and feed. | O | NONE | | |
| 33. Other personal property of any kind not already listed. Itemize. | O | NONE | | |

_____ continuation sheets attached     Total▷    $ 1,000

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

*form 6*

In re GARDNER CarolyN E ,
_____Debtor_____

Case No. _____
(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐  11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d).  **Note: These exemptions are available only in certain states.**

☐  11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| N/A | | | |

174

*form 7*

In re __GARDNER  CAROLYN E.__ ,
     Debtor

Case No. _____
            (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> BANK OF AMERICA Home Loans Servicing Countrywide Home + InterBank Mortgage Solutions | | | 2008 Property House PIN 192A174/112 201 018 <br><br> VALUE $ | | | | 224,477 | |
| ACCOUNT NO. <br> Chase 8 BANK Rockford Ill | | | Chevy Van 5,000 <br><br> VALUE $ | | | | 5,000 | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |

_____ continuation sheets attached

                           Subtotal▶   $ 229,477
               (Total of this page)

                           Total▶   $ 229,477
               (Use only on last page)

(Report total also on Summary of Schedules)

In re GARDNER CAROLYN E ,       Case No. _____
                Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 104/4538 City of Rockford Parking Dpt 401 E. State St. RKFd | | | 2008 VALUE $ | | | | | |
| ACCOUNT NO. BC5733 City of RKFd/ Parking Tickets 2502 S. Alpine RKFd IL | | | 100. VALUE $ | | | | | |
| ACCOUNT NO. AC5407 City of RKFd/ Parking Tickets 2502 S. Alpine | | | 100. VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Secured Claims  Subtotal▶ $
                                                                        (Total of this page)
                                                                   Total▶  $
                                                        (Use only on last page)
                                                    (Report total also on Summary of Schedules)

176

form 8

In re _GARDNER CAROLYN E._
_____
Debtor

Case No._____
                              (if known)


# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

_Attached_

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

In re _Gardner Carolyn E_ ,                                    Case No._____

Debtor                                                          (if known)

☐ **Alimony, Maintenance, or Support**

   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


\* Amounts are subject to adjustment on April 1, 2001, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


_____ continuation sheets attached

**178**

In re Gardner Carolyn E,
_____
Debtor

Case No. _____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

TYPE OF PRIORITY _____

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9803171690 Amcore Bank NA Bank Dept. 501 7th St RKFd IL | | | 2009-2009 | | | | 751 | 10. |
| ACCOUNT NO. 760R806021 Childrens Book of the Month C | | | 2010-2011 | | | | 91 | 10. |
| ACCOUNT NO. 3384494056 Com Ed PO Box 6111 Carol Stream IL | | | 6/2012 | | | | 1833.76 | 25.00 |
| ACCOUNT NO. 66-86-02 0999-9 Nicor Gas | | | 6/2012 | | | | 1,980.00 | 25.00 |
| ACCOUNT NO. 4731891 Comcast 700 Longwater Dr. Norwell MA 02061 | | | 2011-2012 Acct 4895394S | | | | 1,1682 1,305 | 25.00 |

Sheet no. ___ of ___ sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ► $ _____
(Total of this page)
Total ► $ 5638.
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

179

In re GARDNER CAROLYN E _____,   Case No. _____
             Debtor                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 48772454 <br> Columbia House <br> 7575 Corporate Way <br> Eden Prairie MN 5 <br> Acct 48772454 <br> Acct 90045400091 | | | 2011-2012 <br> 43 Accts cited <br> 1246191260070 Acct. | | | | 188 <br> 38 <br> 121 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

_____continuation sheets attached          Subtotal ➤ | $

Total ➤ | $

(Report also on Summary of Schedules)

In re _Gardner Carolyn E._
      Debtor

Case No. _____
              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

_Attached on Sheets_

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $ _____
(Total of this page)
Total ➤  $ _____
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

  

# PETER FRANCIS GERACI
## PROFESSIONAL FINANCIAL GUIDANCE

# Debt Summary

| | |
|---|---|
| **Total Mortgage Debt:** | $0 |
| **Financed Cars & Other Secured Debt:** | $0 |
| **Total Unsecured Debt:** | $23,828.00 |
| **Total Debt:** | $23,828.00 |

## Unsecured Debt Payoff - Paying Monthly Minimums on $23,828:

- At **5% APR** it will take over **20 years**, you pay **$28,415** total and **$4,587** in interest!
- At **10% APR** it will take over **25 years**, you pay **$35,519** total and **$11,691** in interest!!
- At **15% APR** it will take over **33 years**, you pay **$47,356** total and **$23,528** in interest!!!
- At **20% APR** it will take over **50 years**, you pay **$71,035** total and **$47,207** in interest!!!!

## LIST OF CREDITORS - Ms. Carolyn Gardner

**READ THESE INSTRUCTIONS**
1. **List ALL debts** *whether you want to keep them or not!!!* Put a star next to number if "keeping". You must be current unless a Chapter 13.
2. **You can't keep credit cards** unless with credit union secured with other debts. List debts you dispute, debts you owe friends, etc.
3. **First list debts with collateral** like mortgages, vehicles, credit unions, finance companies.

4. List any child support agency you owe, and tax debts.
5. Get the name of the creditor right! List the co-signer, collector or attorney in the space for Collection Agency.
6. If you don't know the CREDITOR ADDRESS, go on Google (free at library) and FIND IT.
7. FILL IN ALL BLANKS & list the date originally opened & the date last used. Joint filers must specify Husband, wife, joint, community.
8. *Failure to list any debt is fraudulent!!*

**BE ADVISED:**
1. The attached information is a list of creditors provided by the Experian Credit Bureau. It is not a full "credit report".
2. You may obtain your credit reports from all 3 credit bureaus by going to infotapes.com, and following the link on the left.
3. Many creditors do not report to the credit bureaus - like medical bills, payday loans, municipalities, and many other debts- read this list carefully and make sure all of your debts are listed.
4. There is an attached sheet at the end of this list where you can write down any unlisted creditors and return them to us in your white envelope.

| | Creditor Name and Address | Account # and Consideration For Claim | H W J C | Claim Amount |
|---|---|---|---|---|
| 1 | **Amcore BANK N A** Attn: Attn: Bankruptcy Dept. 501 7Th St, Rockford IL 61104 **Account#:** 9803171690 **Dates of Use:** 2009-2009 **Type of Debt:** Unsecured **Reason for Debt:** Unknown Credit Extension | | W | $ 751 |
| 2 | **Children S BOOK OF THE Month C** Attn: C/O RJM ACQ LLC 575 Underhill Blvd Ste 2, Syos **Account#:** 760R806021 **Dates of Use:** 2010-2011 **Type of Debt:** Unsecured **Reason for Debt:** Unknown Credit Extension | | W | $ 91 |
| 3 | **CITY OF Rockford Parking DPT** Attn: C/O Mutual Management 401 E State St, Rockford IL **Account#:** 10414538 **Dates of Use:** 2008-2008 **Type of Debt:** Unsecured **Reason for Debt:** Collecting for Creditor | | W | $ 250 |
| 4 | **Columbia House** Attn: C/O Bureau OF Collection R 7575 Corporate Way, Eden Prairie MN 5 **Account#:** 48972454 **Dates of Use:** 2011-2012 **Type of Debt:** Unsecured **Reason for Debt:** Collecting for Creditor | | W | $ 188 |
| 5 | **Columbia House DVD** Attn: C/O Trident Asset Manageme 5755 Northpoint Pkwy Ste, Alphar **Account#:** 9004540091 **Dates of Use:** 2010-2011 **Type of Debt:** Unsecured **Reason for Debt:** Collecting for Creditor | | W | $ 38 |
| 6 | **Columbia House DVD C** Attn: C/O WEST BAY Acquisitions 42 Ladd St Ste 322, East Green **Account#:** 124619126070 **Dates of Use:** 2011-2011 **Type of Debt:** Unsecured **Reason for Debt:** Collecting for Creditor | | W | $ 121 |
| 7 | **Comcast** Attn: C/O EOS CCA 700 Longwater Dr, Norwell MA 02061 **Account#:** 47311891 **Dates of Use:** 2011-2012 **Type of Debt:** Unsecured **Reason for Debt:** Collecting for Creditor | | W | $ 1,682 |



Geraci Law LLC
55 East Monroe Street Suite 3400
Chicago, IL 60603

Fax:
E-mail:
Website:

877.247.1960
help@geracilaw.com
www.infotapes.com

| | Creditor Name and Address | Account # and Consideration For Claim | H W J C | Claim Amount |
|---|---|---|---|---|
| 8 | **Comcast Cable Communications** Attn: C/O Enhanced Recovery CO L 8014 Bayberry Rd, J<br>Account#: 48953945      **Dates of Use: 2011-2012**<br>Type of Debt: Unsecured     Reason for Debt: Collecting for Creditor | | W | $ 1,305 |
| 9 | **Comed 26499** Attn: C/O Contract Callers INC 1058 Claussen Rd Ste 110, Augusta GA 30907<br>Account#: CCI2427412      **Dates of Use: 2010-2011**<br>Type of Debt: Unsecured     Reason for Debt: Collecting for Creditor | | W | $ 3,270 |
| 10 | **Creditors Protection S** Attn: Attn: Bankruptcy Dept. 202 W State St Ste 300, Rockford IL 611<br>Account#: 1310660000006368      **Dates of Use: 2006-2008**<br>Type of Debt: Unsecured     Reason for Debt: Medical Debt | | W | $ 154 |
| 11 | **Creditors Protection S** Attn: Attn: Bankruptcy Dept. 202 W State St Ste 300, Rockford IL 611<br>Account#: 1310660000030631      **Dates of Use: 2006-2008**<br>Type of Debt: Unsecured     Reason for Debt: Medical Debt | | W | $ 50 |
| 12 | **Creditors Protection S** Attn: Attn: Bankruptcy Dept. 202 W State St Ste 300, Rockford IL 611<br>Account#: 6071160000423125      **Dates of Use: 2011-2011**<br>Type of Debt: Unsecured     Reason for Debt: Medical Debt | | W | $ 60 |
| 13 | **CTY OF RKFD/PARKING TICKETS** Attn: C/O Rockford Mercantile 2502 S Alpine Rd, Rockfc<br>Account#: AC5407      **Dates of Use: 2010-2010**<br>Type of Debt: Unsecured     Reason for Debt: Collecting for Creditor | | W | $ 100 |
| 14 | **CTY OF RKFD/PARKING TICKETS** Attn: C/O Rockford Mercantile 2502 S Alpine Rd, Rockfc<br>Account#: BC5733      **Dates of Use: 2011-2012**<br>Type of Debt: Unsecured     Reason for Debt: Collecting for Creditor | | W | $ 100 |
| 15 | **Directv** Attn: C/O Afni, INC. Po Box 3097, Bloomington IL 61702<br>Account#: 1034101075      **Dates of Use: 2011-2011**<br>Type of Debt: Unsecured     Reason for Debt: Collecting for Creditor | | W | $ 320 |
| 16 | **Doubleday BOOK CLUB** Attn: C/O RJM ACQ LLC 575 Underhill Blvd Ste 2, Syosset NY 117<br>Account#: 968R975684      **Dates of Use: 2010-2011**<br>Type of Debt: Unsecured     Reason for Debt: Unknown Credit Extension | | W | $ 96 |
| 17 | **Doubleday BOOK CLUB** Attn: C/O RJM ACQ LLC 575 Underhill Blvd Ste 2, Syosset NY 117<br>Account#: 969R612151      **Dates of Use: 2010-2011**<br>Type of Debt: Unsecured     Reason for Debt: Unknown Credit Extension | | W | $ 78 |
| 18 | **Equifax** Attn: Attn: Bankruptcy Dept. PO Box 740241, Atlanta GA 30374<br>Account#: XXXXX6629      **Dates of Use: 2012**<br>Type of Debt: Unsecured     Reason for Debt: Notice Only | | W | $ 0 |
| 19 | **Experian** Attn: Attn: Bankruptcy Dept. PO Box 2002, Allen TX 75013<br>Account#: XXXXX6629      **Dates of Use: 2012**<br>Type of Debt: Unsecured     Reason for Debt: Notice Only | | W | $ 0 |
| 20 | **Fingerhut Direct Mrktng** Attn: C/O Jefferson Capital SYST 16 Mcleland Rd, Saint Cloud MN<br>Account#: 2689874809      **Dates of Use: 2009-2009**<br>Type of Debt: Unsecured     Reason for Debt: Unknown Credit Extension | | W | $ 613 |
| 21 | **First Premier BANK** Attn: Attn: Bankruptcy Dept. 601 S Minnesota Ave, Sioux Falls SD 5710<br>Account#: XXXXX6629      **Dates of Use: 2011-2012**<br>Type of Debt: Unsecured     Reason for Debt: Credit Card or Credit Use | | W | $ 314 |
| 22 | **First Premier First Premier** Attn: C/O LVNV Funding LLC Po Box 740281, Houston TX 7727<br>Account#: 5178007565170198      **Dates of Use: 2011-2012**<br>Type of Debt: Unsecured     Reason for Debt: Unknown Credit Extension | | W | $ 540 |

PFG Client Record # **562893**      Date & Time the Report was Run -- 6/21/2012 @ 1:56:49PM      Page 2 of 4      Ms. Gardner



Geraci Law LLC
55 East Monroe Street Suite 3400
Chicago, IL 60603

Fax:                877.247.1960
E-mail:            help@geracilaw.com
Website:           www.infotapes.com

| Creditor Name and Address | Account # and Consideration For Claim | H W J C | Claim Amount |
|---|---|---|---|
| 23 **GE Capital JC Penney Consumer** Attn: C/O LVNV Funding LLC Po Box 740281, Houston T<br>Account#: 6008892485420877 — **Dates of Use: 2008-2012**<br>Type of Debt: Unsecured   **Reason for Debt:** Unknown Credit Extension | | W | $ 496 |
| 24 **Military BOOK CLUB** Attn: C/O RJM ACQ LLC 575 Underhill Blvd Ste 2, Syosset NY 11791<br>Account#: 967R694649 — **Dates of Use: 2010-2011**<br>Type of Debt: Unsecured   **Reason for Debt:** Unknown Credit Extension | | W | $ 75 |
| 25 **Military BOOK CLUB** Attn: C/O RJM ACQ LLC 575 Underhill Blvd Ste 2, Syosset NY 11791<br>Account#: 967R694657 — **Dates of Use: 2010-2011**<br>Type of Debt: Unsecured   **Reason for Debt:** Unknown Credit Extension | | W | $ 64 |
| 26 **North Suburban Library Distric** Attn: C/O Unique National Collec 119 E Maple St, Jefferson<br>Account#: 9883315 — **Dates of Use: 2010-2011**<br>Type of Debt: Unsecured   **Reason for Debt:** Collecting for Creditor | | W | $ 523 |
| 27 **PENN Foster School** Attn: C/O USCB Corporation 101 Harrison St, Archbald PA 18403<br>Account#: THM0018710 — **Dates of Use: 2011-2012**<br>Type of Debt: Unsecured   **Reason for Debt:** Collecting for Creditor | | W | $ 1,013 |
| 28 **Sallie MAE** Attn: Bankruptcy Dept. Po Box 9500, Wilkes-Barre PA 18773<br>Account#: 90333280211000319980205 — **Dates of Use: 1998-2012**<br>Type of Debt: Unsecured   **Reason for Debt:** Loan or Tuition for Education | | W | $ 4,344 |
| 29 **Sallie MAE** Attn: Attn: Bankruptcy Dept. Po Box 9500, Wilkes-Barre PA 18773<br>Account#: 90333280211000419980205 — **Dates of Use: 1998-2012**<br>Type of Debt: Unsecured   **Reason for Debt:** Loan or Tuition for Education | | W | $ 1,183 |
| 30 **Sprint** Attn: C/O NCO FIN/99 Po Box 15636, Wilmington DE 19850<br>Account#: 730618517 — **Dates of Use: 2010-2010**<br>Type of Debt: Unsecured   **Reason for Debt:** Collecting for Creditor | | W | $ 1,062 |
| 31 **ST Bernadette School** Attn: C/O Parson Bishop Collecti 7870 Carmargo Road, Cincinnati OH<br>Account#: 500861 — **Dates of Use: 2009-2009**<br>Type of Debt: Unsecured   **Reason for Debt:** Collecting for Creditor | | W | $ 2,803 |
| 32 **Stratford Career Institute** Attn: C/O USCB Corporation 101 Harrison St, Archbald PA 18403<br>Account#: ST20089014 — **Dates of Use: 2011-2011**<br>Type of Debt: Unsecured   **Reason for Debt:** Collecting for Creditor | | W | $ 522 |
| 33 **Transunion** Attn: Attn: Bankruptcy Dept. PO Box 1000, Chester PA 19022<br>Account#: XXXXX6629 — **Dates of Use: 2012**<br>Type of Debt: Unsecured   **Reason for Debt:** Notice Only | | W | $ 0 |
| 34 **Tribute Mastercard** Attn: C/O Midland Funding 8875 Aero Dr Ste 200, San Diego CA 92123<br>Account#: 8523894966 — **Dates of Use: 2007-2007**<br>Type of Debt: Unsecured   **Reason for Debt:** Unknown Credit Extension | | W | $ 601 |
| 35 **Vaughns HOME Furnishings** Attn: C/O United Credit Service 15 N Lincoln St, Elkhorn WI 53<br>Account#: 1093220020 — **Dates of Use: 2009-2010**<br>Type of Debt: Unsecured   **Reason for Debt:** Collecting for Creditor | | W | $ 649 |
| 36 **WEST BAY Acquisitions** Attn: C/O National Recovery AGEN 2491 Paxton St, Harrisburg PA<br>Account#: 16275929 — **Dates of Use: 2009-2010**<br>Type of Debt: Unsecured   **Reason for Debt:** Collecting for Creditor | | W | $ 372 |



First America

200

Geraci Law LLC
55 East Monroe Street Suite 3400
Chicago, IL 60603

Fax:
E-mail: help@geracilaw.com
Website: www.infotapes.com
877.247.1960

---

**ARE THERE ANY CREDITORS NOT LISTED ABOVE? _____ NO _____ YES**

**If Yes, how many more? _____ How much more debt? $_____**

---

IF YES, list any additional creditor information below:

**1.** LOVES PARK WATER DEPT.   0203577600-05   $100.87
Creditor Name    Account#    $Amount Owed
PO BOX 2275    LOVES PARK, IL 61131
Address    Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**2.** COMED   3384494056   $1833.76
Creditor Name    Account#    $Amount Owed
PO BOX 6111    CAROL STREAM, IL 60197
Address    Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**3.** ROCK RIVER DISPOSAL   146099   $55.71
Creditor Name    Account#    $Amount Owed
4602 S. MAIN    ROCKFORD, IL 61102
Address    Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**4.** COMED   3384494029   $431.85
Creditor Name    Account#    $Amount Owed
PO BOX 6111    CAROL STREAM, IL 60197
Address    Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**5.** RSC   258878   $313.60
Creditor Name    Account#    $Amount Owed
PO BOX 5507    SIOUX FALLS, SD 57117
Address    Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**6.** NORTH SUBURBAN LIBRARY   P14374754   $117.89
Creditor Name    Account#    $Amount Owed
6340 N. 2ND ST    LOVES PARK, IL 61111
Address    Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**7.** USCB   F412859   $522.00
Creditor Name    Account#    $Amount Owed
PO BOX 75    ARCHBALD, PA 18403
Address    Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

---

**I/We have reviewed the above list and have verified that all of my/our debts have been listed or written in the above list, to the best of my/our knowledge.**

X _Carolyn E. Gardner_    X _____    Date: _/_/_
Carolyn Gardner

PFG Client Record # 562693    Date & Time the Report was Run -- 6/21/2012 @ 1:56:49PM    Page 4 of 4    Ms. Gardner



Geraci Law LLC
55 East Monroe Street Suite 3400
Chicago, IL 60603

Fax:
E-mail: help@geracilaw.com
Website: www.infotapes.com
871.247.1960



---

**ARE THERE ANY CREDITORS NOT LISTED ABOVE? ____ NO ____ YES**

**If Yes, how many more? ____ How much more debt? $_____**

---

IF YES, list any additional creditor information below:

**1.** North Suburban Library     P14374730     $86.00
Creditor Name                Account#              $Amount Owed

6340 N. 2ND St   Loves Park, IL 61111
Address                                          Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**2.** Nicor     66-86-02-0899-9     $124.44
Creditor Name                Account#              $Amount Owed

PO Box 0632 · Aurora, IL 60507
Address                                          Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**3.** All Kids and Familycare     K1687/34011-KIDE     $120.00
Creditor Name                Account#              $Amount Owed

PO Box 19121   Springfield, IL 62794
Address                                          Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**4.** Rock River Water Reclamation Dist.   0035770 L     $140.73
Creditor Name                Account#              $Amount Owed

3501 Kishwaukee St   Rockford, IL 61109
Address                                          Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**5.** Rock Valley College     0329699     $43.00
Creditor Name                Account#              $Amount Owed

3301 N. Mulford Rd   Rockford, IL 61114
Address                                          Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**6.** Aaron's     5638     $2576.88
Creditor Name                Account#              $Amount Owed

5707 N. 2ND St   Loves Park, IL 61111
Address                                          Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**7.** Rockford Parking Violation Division     991788     $100.00
Creditor Name                Account#              $Amount Owed

Address                                          Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

---

**I/We have reviewed the above list and have verified that all of my/our debts have been listed or written in the above list, to the best of my/our knowledge.**

X _Carolyn G Gardner_     X _____     Date: _/_/_

Carolyn Gardner

Geraci Law LLC
55 East Monroe Street Suite 3400
Chicago, IL 60603

Fax:
E-mail: help@geracilaw.com
Website: www.infotapes.com

877.247.1960



---

**ARE THERE ANY CREDITORS <u>NOT LISTED</u> ABOVE? ____ NO ____ YES**

**If Yes, how many more? ____   How much more debt? $_____**

---

<u>IF YES</u>, list any additional creditor information below:

**1.** CHASE 8 INC              1161-P                              $4598.83
Creditor Name                 Account#                          $Amount Owed
6214 N. 2ND ST    LOVES PARK, IL 61111
Address                                                         Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**2.** BRWRD                    0035770 L                          $278.02
Creditor Name                 Account#                          $Amount Owed
3501 KISHWAUKEE ST   ROCKFORD, IL 61109
Address                                                         Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**3.** CITY OF ROCKFORD PARKING    147633                          $235.00
Creditor Name                 Account#                          $Amount Owed
PO BOX 4777   ROCKFORD, IL 61110
Address                                                         Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**4.** A-AMERICAN SELF STORAGE - CHERRY VALLEY                     $59.00
Creditor Name                 Account#                          $Amount Owed
7511 VANDIVER RD   ROCKFORD, IL 61112
Address                                                         Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**5.** TCF BANK                 14415817750                        $336.00
Creditor Name                 Account#                          $Amount Owed
800 BURR RIDGE PARKWAY   BURR RIDGE, IL 60527
Address                                                         Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**6.** UNITED COLLECTION BUREAU / JC PENNEY    6008892485420877    $488.40
Creditor Name                 Account#                          $Amount Owed
5620 SOUTHWICK BLVD SUITE 206   TOLEDO, OHIO 43614
Address                                                         Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**7.** COMCAST                  48953945                           $1305.00
Creditor Name                 Account#                          $Amount Owed

Address                                                         Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

---

<u>I/We have reviewed the above list and have verified that all of my/our debts have been listed or written in the above list, to the best of my/our knowledge.</u>

X _Carolyn E. Gardner_          X _____   Date: 6/12/2012

Carolyn Gardner

Geraci Law LLC
55 East Monroe Street Suite 3400
Chicago, IL 60603

Fax:
E-mail:     help@geracilaw.com
Website:    www.infotapes.com
877.247.1960

---

**ARE THERE ANY CREDITORS <u>NOT LISTED</u> ABOVE? ____ NO ____ YES**

**If Yes, how many more? ____ How much more debt? $_____**

---

<u>IF YES</u>, list any additional creditor information below:

**1.** COMED                          CC12 427412                    $ 3270.00
Creditor Name                    Account#                          $Amount Owed

Address                                                            Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**2.** CREDITORS PROTECTION          1310660000006368              $154.00
Creditor Name                    Account#                          $Amount Owed
202 W. STATE ST. ROCKFORD, IL
Address                                                            Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**3.** CREDITORS PROTECTION          131066000030631               $50.00
Creditor Name                    Account#                          $Amount Owed
202 W. STATE ST. ROCKFORD, IL
Address                                                            Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**4.** CREDITORS PROTECTION          607116000423125               $60.00
Creditor Name                    Account#                          $Amount Owed
202 W. STATE ST. ROCKFORD, IL
Address                                                            Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**5.** CITY OF ROCKFORD/PARKING TICKETS   AC5407                    $100.00
Creditor Name                    Account#                          $Amount Owed
2502 S. ALPINE RD  ROCKFORD, IL
Address                                                            Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**6.** CITY OF ROCKFORD/PARKING TICKETS   BC5733                    $100.00
Creditor Name                    Account#                          $Amount Owed
2502 S. ALPINE RD  ROCKFORD, IL
Address                                                            Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**7.** DIRECTV                       1034101075                    $320.00
Creditor Name                    Account#                          $Amount Owed
PO BOX 3097  BLOOMINGTON, IL  61702
Address                                                            Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

---

<u>**I/We have reviewed the above list and have verified that all of my/our debts have been listed or written in the above list, to the best of my/our knowledge.**</u>

X _Carolyn E. Gardner_          X _____     Date: 6 22 2012
Carolyn Gardner

Geraci Law LLC
55 East Monroe Street Suite 3400
Chicago, IL 60603

Fax:
E-mail: help@geracilaw.com
Website: www.infotapes.com

877.247.1960

| ARE THERE ANY CREDITORS **NOT LISTED** ABOVE? ____ NO ____ YES |
|---|
| If Yes, how many more? ____ How much more debt? $ _____ |

IF YES, list any additional creditor information below:

**1.** DOUBLEDAY BOOK CLUB     968R975684
Creditor Name                    Account#
575 UNDERHILL BLVD STE2     SYOSSET, NY
Address

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

$96.00
$Amount Owed

Date Incurred

**2.** DOUBLEDAY BOOK CLUB     969R612151
Creditor Name                    Account#
575 UNDERHILL BLVD STE2     SYOSSET, NY
Address

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

$78.00
$Amount Owed

Date Incurred

**3.** FINGELHUT     2689874809
Creditor Name                    Account#
JEFFERSON CAPITAL SYST  16 MCLELAND RD     SAINT CLOUD, MN
Address

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

$613.00
$Amount Owed

Date Incurred

**4.** FIRST PREMIER BANK     XXXXX6629
Creditor Name                    Account#
601 S MINNESOTA AVE SIOUX FALLS, SD
Address

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

$314.00
$Amount Owed

Date Incurred

**5.** FIRST PREMIER     5178007565170198
Creditor Name                    Account#
LVNV FUNDING  PO BOX 740281  HOUSTON, TX
Address

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

$540.00
$Amount Owed

Date Incurred

**6.** GE CAPITAL JC PENNEY     6008892485420877
Creditor Name                    Account#
LVNV FUNDING  PO BOX 740281  HOUSTON, TX
Address

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

$496.00
$Amount Owed

Date Incurred

**7.** MILITARY BOOK CLUB     967R654649
Creditor Name                    Account#
AIM ACQ 575 UNDERHILL BLVD STE2  SYOSSET, NY
Address

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

$75.00
$Amount Owed

Date Incurred

---

**I/We have reviewed the above list and have verified that all of my/our debts have been listed or written in the above list, to the best of my/our knowledge.**

X _Carolyn E. Gardner_          X _____          Date: 6-21-2012
Carolyn Gardner

Geraci Law LLC
55 East Monroe Street Suite 3400
Chicago, IL 60603

Fax:                877.247.1960
E-mail:          help@geracilaw.com
Website:          www.imptapes.com

---

**ARE THERE ANY CREDITORS <u>NOT LISTED</u> ABOVE? _____ NO _____ YES**

**If Yes, how many more? _____ How much more debt? $_____**

---

IF YES, list any additional creditor information below:

**1.** MILITARY BOOK CLUB          967R694657                    $64.00
Creditor Name                    Account#                      $Amount Owed
RJM ACQ  575 UNDERHILL BLVD  STE 2  SYOSSET, NY
Address                                                         Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**2.** NORTH SUBURBAN LIBRARY DISTRICT    9883315               $523.00
Creditor Name                    Account#                      $Amount Owed
UNC  119 E. MAPLE ST.
Address                                                         Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**3.** PENN FOSTER SCHOOL          THM 0018710                  $1013.00
Creditor Name                    Account#                      $Amount Owed
USCB CORPORATION 101 HARRISON ST ARCHBALD PA 18403
Address                                                         Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**4.** SALLIE MAE          903332802110003199880205             $4344.00
Creditor Name                    Account#                      $Amount Owed
BANKRUPTCY DEPT. PO BOX 9500 WILKES-BARRE, PA 18773
Address                                                         Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**5.** SPRINT          730618517                                $1062.00
Creditor Name                    Account#                      $Amount Owed
NCO FIN/99 PO BOX 15636 WILMINGTON, DE 19850
Address                                                         Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**6.** SALLIE MAE          903332802110004199880205             $1183.00
Creditor Name                    Account#                      $Amount Owed
BANKRUPTCY DEPT. PO BOX 9500 WILKES-BARRE, PA 18773
Address                                                         Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**7.** ST. BERNADETTE SCHOOL          500861                    $2803.00
Creditor Name                    Account#                      $Amount Owed
PARSON BISHOP COLLECTION 7870 CARMARGO RD CINCINNATI, OHIO
Address                                                         Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

---

<u>I/We have reviewed the above list and have verified that all of my/our debts have been listed or written in the above list, to the best of my/our knowledge.</u>

X _Carolyn E. Gardner_          X _____          Date: _6 22 2012_
                                                                   _/  /_
Carolyn Gardner

Geraci Law LLC
55 East Monroe Street Suite 3400
Chicago, IL 60603

Fax:
E-mail:    877.247.1960
Website:    help@geracilaw.com
www.infotapes.com

---

**ARE THERE ANY CREDITORS <u>NOT LISTED</u> ABOVE? _____ NO _____ YES**

**If Yes, how many more? _____ How much more debt? $_____**

---

<u>IF YES</u>, list any additional creditor information below:

**1.** STRATFORD CAREER INSTITUTE    ST 20089014    $522.00
Creditor Name    Account#    $Amount Owed
USCB CORPORATION    101 HARRISON ST    ARCHBALD, PA    18403
Address    Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**2.** TRIBUTE MASTERCARD    852389496 6    $601.00
Creditor Name    Account#    $Amount Owed
MIDLAND FUNDING    8875 AERO DR. STE 200    SAN DIEGO, CA  92123
Address    Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**3.** VAUGHNS HOME FURNSHNGS    1093220020    $649.00
Creditor Name    Account#    $Amount Owed
UNITED CREDIT SERVICE    15 N. LINCOLN ST    ELKHORN, WI
Address    Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**4.** WEST BAY ACQUISITIONS    16075925    $372.00
Creditor Name    Account#    $Amount Owed
NATIONAL RECOVERY    2491 PAXTON ST    HARRISBURG, PA
Address    Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**5.**
Creditor Name    Account#    $Amount Owed
Address    Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**6.**
Creditor Name    Account#    $Amount Owed
Address    Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

**7.**
Creditor Name    Account#    $Amount Owed
Address    Date Incurred

Describe Collateral (House, vehicle, credit union, personal property, account, pension) or NONE

---

<u>I/We have reviewed the above list and have verified that all of my/our debts have been listed or written in the above list, to the best of my/our knowledge.</u>

X _Carolyn E. Gardner_    X _____    Date: 6 22 2012
Carolyn Gardner    __ / __ / __

form ?G

In re GARDNER  CAROLYN, E
       **Debtor**

Venus Jackson

Case No._____
                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

182

*form 11*

In re Gardner Carolyn E,
        **Debtor**
Venus Jackson

Case No. _____
              (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Venus Jackson on 5328 East Drive Loves Park Ill 61111 | Bank of America 1524 S. 108th St West Allis Wi 53214 Bank of America NA 11802 Ridge Parkway Suite 100-HRM Broomfield Co 80021 US. Loan # 185546579 FHA Case No 137-4150091-703 File No 14-09-12232 ARDC # 00468002 Property PIN 11-12-201-018 192A174 |

183

In re _Gardner Carolyn E._,                                    Case No. _____
         Debtor                                                        (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Widow | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES  Ivory | AGE  11 | RELATIONSHIP guardian of grandchild |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Child Care Provider Independent Contractor | |
| Name of Employer | Alliance | |
| How long employed | 8 yrs | |
| Address of Employer | 1721 Moon Lake Blvd Suite 130 Hoffman Estates Illinois 60169 | |

Also QPS 3500 Estate St Rkfd Ill Parttime wk + Home Childcare Provider Independent Contractor

**Income:** (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | C# $2,000 | $ |
| Estimated monthly overtime | $ | $ |
| SUBTOTAL | $ | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ | $ |
| b. Insurance | $ —0 | $ |
| c. Union dues | $ 0 | $ |
| d. Other (Specify: _____) | $ 0 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | C# $2,000 | $ |

**Additional income**

| | DEBTOR | SPOUSE |
|---|---|---|
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | $ |
| Social security or other government assistance (Specify) _____ | $ | $ |
| Pension or retirement income | $ | $ |
| Other monthly income (Specify) _____ | $ 1,000 + 300 | $ |
| | $ | $ |
| TOTAL MONTHLY INCOME | $ 3,300 | $ |

TOTAL COMBINED MONTHLY INCOME    $ 3,300             (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

184

*form 13*

In re GARDNER CAROLYN E.    Case No._____
         **Debtor**                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

___ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) ✓ | | $ 1995 |
| Are real estate taxes included? Yes _____ No ✓ | | |
| Is property insurance included? Yes _____ No ✓ | | |
| Utilities    Electricity and heating fuel | | $ 50. |
|     Water and sewer | | $ 50. |
|     Telephone | | $ 39. |
|     Other | | $ 0 |
| Home maintenance (repairs and upkeep)   Family Friend   each Family | | $ 0 |
|     Food   public Aid   250 a month member | | $ 0 |
| Clothing | | $ 0 |
| Laundry and dry cleaning | | $ 20 |
| Medical and dental expenses | | $ 0 |
| Transportation (not including car payments) | | $ 0 |
| Recreation, clubs and entertainment, newspapers, magazines, etc.   All Free Places | | $ 0 |
| Charitable contributions   Not At this time | | $ 0 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | | $ 0 |
|     Life | | $ 0 |
|     Health | | $ 0 |
|     Auto | | $ 50 |
|     Other _____ | | $ 0 |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | | $ 0 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|     Auto | | $ 150 |
|     Other _____ | | $ 0 |
|     Other _____ | | $ 0 |
| Alimony, maintenance, and support paid to others | | $ 0 |
| Payments for support of additional dependents not living at your home | | $ 0 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0 |
| Other _____ | | $ 0 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | | $ 2524 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A.  Total projected monthly income | $ _____ |
| B.  Total projected monthly expenses | $ _____ |
| C.  Excess income (A minus B) | $ _____ |
| D.  Total amount to be paid into plan each _____ | $ _____ |
|                                                   (interval) | |

185

*worksheet 4*

# MONTHLY BUDGET

TOTAL MONTHLY INCOME                                    $ _2800 to 3,000._

EXPENSES (Monthly):

| | |
|---|---|
| Mortgage or Rent | $ 1995 |
| Homeowners/Renters Insurance | $ 0 |
| Real Estate Taxes | $ 0 |
| Electricity | $ 50  pd by LHEAP |
| Gas | $ 0 |
| Water | $ 50  pd by LHEAP |
| Telephone | $ 39. |
| Garbage Pick-up | $ 50 |
| Other: _____ | $ 0 |
| Home Repair/Maintenance  done by Friends Master Plumbner  David + Mike | $ 0 |
| Auto Loan | $ 150 |
| Other Installment Loan Payments: | |
| _____ | $ 0 |
| _____ | $ 0 |
| _____ | $ 0 |
| _____ | $ 0 |
| _____ | $ 0 |
| Auto Insurance | $ 50 |
| Gasoline   Rec. gas cards from church 50 | $ 50 |
| Auto Repairs/Maintenance   Friends/son all work | $ 0 |
| Food   Food stamps 200. | $ 0 |
| Clothing   Free from church | $ 0 |
| Medical, Dental, and Medicines  pd by Winn. County for women | $ 75 |
| Life Insurance   NONE | $ 0   PANTERS Church gives tissue + soaps |
| Laundry  have washer + dryer   Free home | $ 0 |
| Recreation/Travel/Entertainment  Free city + county Parks | $ 0 |
| Education  Free work shops | $ 0 |
| License Fees, Dues, Memberships   Fishing | $ 15 |
| Other Taxes | $ 0 |
| Other: _____ | $ 0 |
| _____ | $ 0 |
| _____ | $ 0 |
| _____ | $ 0 |
| _____ | $ 0 |

TOTAL MONTHLY EXPENSES                                  $ 2524

162

PROPERTY WORKSHEET

| (1) PROPERTY | (2) VALUE | (3) AMT. OWED | (4) EQUITY | (5) EXEMPT | (6) SECURED |
|---|---|---|---|---|---|
| Real Estate:<br>5328 East Drive<br>Loves Park Ill 61111 | 193,843 | 224,477<br>193,843 | 0 | | 193,843 or<br>224,477 |
| Autos, etc.:<br>1999 Chevy Van<br>1988 Mercede. Non working | 4,000<br>0 | 4,000<br>0 | 0<br>0 | | 4,000 |
| Boats, etc.: NONE | NA | | | | |
| Cash on hand: NONE | 0 | | | | |
| Bank accts:<br>Credit Union ABD | 0 | — | — | | |
| Clothing:<br>All clothing given Free<br>by church St. Elizabeth | Free<br>Free<br>0 | 0 | | | |
| Jewelry: +Free given Jewelry<br>1 bag paid 20.<br>From Goodwill + Thrift<br>Stores | 20.<br>given to me | 0 | 0 | | |
| Household Goods:<br>All used<br>plates cups beds<br>All from Goodwill +<br>Thrift stores | 0 | 0 | 0 | | NA |
| Collections:<br>NONE | NA | NA | NA | NA | NA |
| Sports Equip:<br>NONE | NA | NA | NA | | |
| Trade tools:<br>NONE | NA | NA | NA | | |
| Investments:<br>NONE | NA | NA | NA | | |
| Insurance:<br>NONE | NA | NA | NA | | |
| Other prop:<br>NONE | NA | NA | NA | | |
| TOTALS: | 197,843 | 228,477. | 0 | 0 | 228,477. |

In re GARDNER Carolyn E.                                   Case No. _____
       Debtor                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____
*(Total shown on summary page plus 1.)*

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date 6/22/2012 _____     Signature: *Carolyn E. Gardner*
                                                   Debtor

Date _____     Signature: _____
                                                 *(Joint Debtor, if any)*

                                         *[If joint case, both spouses must sign.]*

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____     _____
Printed or Typed Name of Bankruptcy Petition Preparer     Social Security No.

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____     _____
  Signature of Bankruptcy Petition Preparer                  Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110;*
*18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief. *(Total shown on summary page plus 1.)*

Date _____

                Signature: _____

                                _____
                                *[Print or type name of individual signing on behalf of debtor.]*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

_____ DISTRICT OF _____

In re: GARDNER CAROLYN, E

(Name)

Debtor

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

1.   **Income from employment or operation of business**

None

☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE (if more than one)

2

**2.  Income other than from employment or operation of business**

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

---

**3.   Payments to creditors**

None ☑

a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.   List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| 500 to BAC. | 6/2012 | 500 | 224,000 |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

had 3 on file but due to flood sewer debts over 1 yr. old. backlage all papers were covered stored in basement child care suit lawn man debt. debt man fixed car Meat Co. Suit and they were unpaid due to unemployment

188

3

None
☐   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| AARONS (TV) | 2010 OR 2011 | 2500. |

---

**5.   Repossessions, foreclosures and returns**



List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.   Assignments and receiverships**



a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

---

None
☑   b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

### 7. Gifts

None ☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

I receive Free clothes
Free Food

---

### 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

House hold Furniture inside + out        2010
house outside Furniture + inside.
Stolen by unknown person door left unlocked by accident

---

### 9. Payments related to debt counseling or bankruptcy

None ☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 10. Other transfers

None ☑

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

5

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING | |
|---|---|---|---|
| TCF BANK Account | — Checking | 2010 | Name CAROLYNE. |
| AMcore BANK | — Checking | 2010 | GARdNER |
| Woodard BANK | — Checking | 2011 | |

### 12. Safe deposit boxes

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☐ 

List all property owned by another person that the debtor holds or controls.

Venus Jackson included in Ch. 13 Plan ONly due to her Name ON Mortgage Note she Quit Claim deeded to CAROLYN Gardner

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Mortgage Venus Jackson | PIN 11-12-201-018  192A174 | 5328 East Drive Loves Park ILL 61111 USA |

Property Quit Claimed deeded on 5/1 to CAROLYN E GARdNER.

### 15. Prior address of debtor

Venus Jackson is not part of Ch 13 other debts.

191

 If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|

---

**16. Spouses and Former Spouses**

 If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

 a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

 b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with

**192**

respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None

a.   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

   If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the **six years** immediately preceding the commencement of this case.

   If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Gardner's Tax Co. | | 5328 East Drive Loves Park IL | | |
| Emmanuel House | | 5328 East Drive Loves Park IL | | |
| All Now functioning. | | | | |

None

b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

   *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

8

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                DATES SERVICES RENDERED

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                    ADDRESS                        DATES SERVICES RENDERED

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                                        ADDRESS

None ☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                                DATE ISSUED

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
                                                        (Specify cost, market or other basis)

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                NAME AND ADDRESSES OF CUSTODIAN
                                                OF INVENTORY RECORDS

**194**

9

**21 . Current Partners, Officers, Directors and Shareholders**



None ☑   a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

    NAME AND ADDRESS        NATURE OF INTEREST   PERCENTAGE OF INTEREST

None ☑   b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

    NAME AND ADDRESS        TITLE        NATURE AND PERCENTAGE OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**



None ☑   a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

    NAME        ADDRESS        DATE OF WITHDRAWAL

None ☑   b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

    NAME AND ADDRESS        TITLE        DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**



None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,        DATE AND PURPOSE
RELATIONSHIP TO DEBTOR   OF WITHDRAWAL

AMOUNT OF MONEY
OR DESCRIPTION
AND VALUE OF PROPERTY

**195**

10

### 24. Tax Consolidation Group.



None

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION     TAXPAYER IDENTIFICATION NUMBER

### 25. Pension Funds.



None

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER IDENTIFICATION NUMBER

* * * * * *

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __6/22/2012__                    Signature    *Carol E. Godno*
                                      of Debtor

Date _____                 Signature _____
                                      of Joint Debtor
                                      (if any)

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____                 Signature _____

                                      _____
                                      Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571*

-------------------------------------------------------------------------------

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____
Signature of Bankruptcy Petition Preparer                      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:** Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny

your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court

<u>Northern</u> District Of <u>Illinois</u>

In re <u>GARDNER CAROLYN E.</u>

Debtor

Case No. _____

Chapter _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____
Printed name and title. if any. of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

X_____

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

<u>CAROLYN E. GARDNER</u>
Printed Name(s) of Debtor(s)

x_____
Signature of Debtor        Date

Case No. (if known) _____

X_____
Signature of Joint Debtor (if any)

Date _____

---

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.